UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TIFFANY A. FEDERSPIEL and BETTY K. MILBRATH, Plaintiffs, | ) | Case No. 01 CV 1071 (DDA/SRN) |
| v. | ) | |
| NABISCO, INC., Defendant. | ) | **AGREED ORDER OF DISMISSAL** |

Plaintiffs, Tiffany A. Federspiel and Betty K. Milbrath, and Defendant, Nabisco, Inc., hereby stipulate to the dismissal of this action as follows:

1. Count I ("Sexual Harassment/Hostile Work Environment" [Title VII]) of Plaintiffs' Complaint is dismissed *without* prejudice due to the premature issuance of right-to-sue letters, and ordered remanded to the Equal Employment Opportunity Commission for compliance with 42 U.S.C. § 2000e-5(f)(1);
2. Counts II ("Constructive Discharge"), V ("Damages"), and VI ("Demand for Jury Trial") of Plaintiffs' Complaint are dismissed *without* prejudice; and
3. Counts III ("Intentional Infliction of Emotional Distress") and IV ("Negligent Supervision") of Plaintiffs' Complaint are dismissed *with* prejudice.

Attorney for Plaintiffs

Dewey P. Sloan, Jr., Esq.
Law Office of Dewey P. Sloan, Jr., P.C.
P.O. Box 501
11 Central Avenue, N.W.
La Mars, IA 51031
712-546-1605

Attorneys for Defendant

Robert D. Maher
Best & Flanagan
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, Minnesota 55402-4331
612-341-9732

FILED SEP 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Timothy C. Klenk, Esq.
Christian M. Poland, Esq.
Ross & Hardies
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
312-558-1000

Dated: ~~August ___~~ September 17, 2001

Dated: August 29, 2001

IT IS SO ORDERED.

District Judge Donald Alsop

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500